# EXHIBIT "C"

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Mark McBratney, Esq. | (201) 444-4000 | Middlesex |
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available) |
| Seigel Law LLC | | MID-L 1090-17 |
| OFFICE ADDRESS | | DOCUMENT TYPE: |
| 505 Goffle Road, Ridgewood, NJ 07450 | | Complaint |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION | JURY DEMAND ■ YES ☐ NO |
|---|---|---|
| Amelia Santos, plaintiff | Amelia Santos v. Christopher J. Faiet, Nestle Waters North America Inc., et. als. | |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 605N | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

RELATED CASES PENDING? ☐ YES ■ NO
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)
☐ NONE
■ UNKNOWN

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain) |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: _____

Effective 10/01/2016, CN 10517

page 1 of 2

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category   ☐ Putative Class Action   ☐ Title 59

Effective 10/01/2016, CN 10517

page 2 of 2

SEIGEL LAW LLC
505 Goffle Road
Ridgewood, New Jersey 07450
Attorney for Plaintiff(s)
(201) 444-4000

---

AMELIA SANTOS,

           Plaintiff(s)

vs.

CHRISTOPHER J. FALET, NESTLE
WATERS NORTH AMERICA INC.,
ET. ALS.,

           Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MIDDLESEX COUNTY

DOCKET NO. MID-L-1090-17

Civil Action

SUMMONS

---

From The State of New Jersey, To The Defendant(s) Named Above:

           Nestle Waters North America, Inc.

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

                                                                  Michelle M. Smith, Clerk
                                                                  Superior Court of New Jersey

Dated: March 1, 2017

Name of Defendant to be Served: Nestle Waters North America, Inc. c/o CTC
Address of the Defendant: 501 Cottontail Lane, Somerset, NJ 08873
* $105.00 For Chancery Division Cases or $135.00 for Law Division Cases

MARK MCBRATNEY, ESQ.
N.J. I.D. #043412002

SEIGEL LAW LLC
505 Goffle Road,
Ridgewood, NJ 07450
Attorney for Plaintiff(s)
(201) 444-4000

---

AMELIA SANTOS,

        Plaintiff(s),

vs.

CHRISTOPHER J. FALET, NESTLE WATERS NORTH AMERICA INC., JOHN DOE 1-5 and ABC CORP. 1-5 (a person, persons, entity or Entities, whose identity is Presently unknown)

        Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MIDDLESEX COUNTY

DOCKET NO. MID-L 1090-17

Civil Action
COMPLAINT

---

The Plaintiff, AMELIA SANTOS ("Plaintiff"), residing in CLIFTON, NJ, by way of Complaint against the Defendants, CHRISTOPHER J. FALET, NESTLE WATERS NORTH AMERICA INC., which does business in Middlesex County, NJ, JOHN DOE 1-5 and ABC CORP. 1-5 (a person, persons, entity or entities, whose identity is presently unknown) says:

### FIRST COUNT

1. On or about April 13, 2015, Plaintiff was operating a motor vehicle on or in the vicinity of Rt. 23 North in Wayne, NJ.

2. At the above time and place, the Defendant, CHRISTOPHER J. FALET, was the operator of a motor vehicle by, with the consent and permission, expressed or implied, and in his capacity

as agent of said Defendant owner(s), NESTLE WATERS NORTH AMERICA INC., JOHN DOE 1-5 and ABC CORP. 1-5 (a person, persons, entity or Entities, whose identity is presently unknown).

3. At the same time and place, Defendants, CHRISTOPHER J. FALET, NESTLE WATERS NORTH AMERICA INC., operated, inspected and/or maintained said vehicle carelessly and negligently; failed to keep said vehicle under reasonable and proper control and were otherwise inattentive, so as to cause said vehicle to violently collide with the Plaintiff's vehicle.

4. At the above time and place, the Defendants John Doe 1-5 and ABC Corp. 1-5 (a person, persons, entity or entities, whose identity is presently unknown), failed to properly operate and maintain their vehicle, failed to keep their vehicles under reasonable and proper control and so carelessly and negligently operated their vehicles so as to cause said vehicle to violently collide with the Plaintiff's vehicle.

5. As a direct and proximate result of the foregoing, the Plaintiff was caused to sustain serious and permanent injuries as more particularly defined and set forth in N.J.S.A. 39:6A-8(a), and has suffered great pain, shock, and mental anguish, and was and still is, incapacitated and will be permanently disabled, and has in the past and will in the future be caused to expend substantial sums of money for medical treatment in an effort to relieve said pain and cure said injuries.

6. The Plaintiff has complied with the requirements of N.J.S.A. 39:6A-8(a). A copy of the Physician's Certificate of Merit is attached hereto.

**WHEREFORE**, the Plaintiff demands judgment for damages against the Defendants, CHRISTOPHER J. FALET, NESTLE WATERS NORTH AMERICA INC., John Doe 1-5 and ABC Corp. ABC 1-5 (a person persons, entity or entities, whose identity is presently unknown) jointly and severally, alternatively together with interest and costs of the Suit.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R.4:35-4, the Court is advised that Mark McBratney, Esq. is hereby designated as trial counsel.

## JURY DEMAND

Plaintiffs hereby demand a Trial by jury as to all issues herein.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, the undersigned certifies that the matter in controversy is not the subject of any other action in any Court or of a pending arbitration proceeding.

Dated: February 14, 2017

SEIGEL LAW LLC

_____
Mark McBratney, Esq.
Attorney for Plaintiff